560-06/MEU/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 0335)

**RECEIVED NOV 28 2006 U.S.D.C. S.D. N.Y. CASHIERS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TITAN MARITIME LTD.,

                    Plaintiff,

  - against –

ROTOMAC EXPORT PVT LTD. OF KANPUR,
INDIA a/k/a ROTOMAC EXPORT PVT LTD.
and FROST INTERNATIONAL LTD.,

                    Defendants.
------------------------------------------------------------x

JUDGE RAKOFF

06 CV 13505

**RULE 7.1 STATEMENT**

Plaintiff TITAN MARITIME LTD. by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 28, 2006

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff
                                        TITAN MARITIME LTD.

                By: _____
                         Michael E. Unger (MU 0045)
                         Pamela L. Schultz (PS 0335)
                         80 Pine Street
                         New York, NY 10005
                         (212) 425-1900
                         (212) 425-1901 fax

NYDOCS1/272997.1