```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
TITAN MARITIME LTD.,                     :
                                         :
            Plaintiff,                   :    06 Civ. 13505 (JSR)
                                         :
      -v-                                :         ORDER
                                         :
ROTOMAC EXPORT PVT LTD. OF KANPUR,       :
INDIA a/k/a ROTOMAC EXPORT PVT LTD.      :
and FROST INTERNATIONAL LTD.,            :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, January 24, 2007, this action is stayed in all respects, pending further action by the Court. The Clerk is directed to place this action on the suspense calendar.

    SO ORDERED.

                                                 _____
                                                 JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 24, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-07
```