UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TITAN MARITIME LTD., <br> Plaintiffs, <br><br> -V- <br><br> ROTOMAC EXPORT PVT LTD. OF KANPUR INDIA a/k/a ROTOMAC EXPORT PVT LTD. and FROST INTERNATIONAL LTD., <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br><br><br><br> 06 CV 13505 (JSR) |

*[Stamp: U.S. DISTRICT COURT FILED FEB 1 3 2007 S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th day of February, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**28th day of November, 2006**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8567 4796 7165**

_____
J. Michael McMahon
CLERK

Dated: New York, NY

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

---

**FedEx International Air Waybill** /0022/0025/0033299986/6

**1 From**
Date: _____
Sender's FedEx Account Number: 1079-3188-0
Sender's Name: Michael Elliott
Phone: 212 425-1900
Company: FREEHILL HOGAN & MAHAR
Address: 80 PINE ST FL 24
City: NEW YORK    State/Province: NY
Country: US    ZIP Postal Code: 100051759

**2 To**
Recipient's Name: _____
Company: Frost International Ltd.
Address: 492 Kalpna Plaza, 24/147-B
Address: Birhana Road
City: Kanpur
Country: India    ZIP Postal Code: 208001 UP

**4 Express Package Service**
[ ] FedEx Intl. Priority
[ ] FedEx Intl. First
[ ] FedEx Intl. Economy

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other
[ ] FedEx 10kg Box*
[ ] FedEx 25kg Box*

**6 Special Handling**
[ ] HOLD at FedEx Location
[ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient
[ ] Third Party

**8 Your Internal Billing Reference**
560-06

**9 Required Signature**

FedEx Tracking Number: 8567 4796 7165

NYDOCS1/277869.1