```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TITAN MARITIME LTD.,                :
                                    :
              Plaintiff,            :     06 Civ. 13505 (JSR)
                                    :
         -v-                        :           ORDER
                                    :
ROTOMAC EXPORT PVT. LTD. OF KANPUR, :
INDIA a/k/a ROTOMAC EXPORT PVT. LTD.:
and FROST INTERNATIONAL LTD.,       :
                                    :
              Defendants.           :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-06-07

JED S. RAKOFF, U.S.D.J.

By letter dated November 1, 2007 (which will be docketed) plaintiff Titan Maritime Ltd. requests a briefing schedule for its motion to recognize and enforce a foreign arbitral award pursuant to 9 U.S.C. § 201. Accordingly, the Clerk of the Court is directed to remove this case from the Suspense Calender and return it to the Active Calender. Further, the Court sets the following schedule: moving papers are to be filed and served by November 12, 2007; opposition papers are to be filed by November 30, 2007; reply papers, if any, are to be filed by December 10, 2007. Oral argument on this motion will be held on December 19, 2007, at 2:00 p.m. in Courtroom 14B.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 5, 2007