560-06/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TITAN MARITIME LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 8675

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TITAN MARITIME LTD.,

                      Plaintiff,                      06 cv 13505 (JSR)

   -against-

ROTOMAC EXPORT PVT LTD. OF KANPUR,        AFFIDAVIT OF SERVICE
INDIA a/k/a ROTOMAC EXPORT PVT LTD.
and FROST INTERNATIONAL LTD.,

                      Defendants.
----------------------------------------------------------------x
STATE OF NEW YORK    )
                                  ss:
COUNTY OF NEW YORK )

       I, Michael E. Unger, after being duly sworn, depose and say that I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005. On November 6, 2007, I served the **Notice of Motion, Declaration of Paul Watson, Unger Affirmation and Memorandum of Law in Support of Motion** upon:

Rotomac Export Pvt Ltd.
201 City Centre 63/2, The Mall
Kanpur – 208004 India

Frost International Ltd.
492 Kalpna Plaza 24/147-B
Birhana Road Kanpur 208001 U P India

Via Federal Express (copies of the cover letter dated November 6, 2007, Federal Express tracking receipts and delivery receipts are attached hereto).

                                                                    Michael E. Unger

Sworn to before me this
6th day of December, 2007.

NOTARY PUBLIC
NYDOCS1/295129.1    MELISSA COLFORD
                         Commissioner of Deeds
                         City of New York-No. 5-1692
                         Certificate Filed in New York
                         Commission Expires 4/1/ 08

1

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

November 6, 2007

OUR REF: 560-06/MEU

### *VIA FEDERAL EXPRESS*

Rotomac Export Pvt Ltd.
201 City Centre 63/2, The Mall
Kanpur – 208004 India

Frost International Ltd.
492 Kalpna Plaza 24/147-B
Birhana Road Kanpur 208001 U P India

      Re:    Titan Maritime Co. Ltd. v. Rotomac Export Pvt Ltd.
              "M/V ALINDA"
              SDNY: 06 CIV 13505 (JSR)

Dear Sirs,

      We herewith forward Plaintiff Titan maritime Co. Ltd.'s motion for an order recognizing and confirming the arbitral award rendered in London, England in its favor and against Rotomac Export Pvt. Ltd. as a judgment of the United States District Court for the Southern District of New York. Enclosed please find the following:

1. Notice of Motion;
2. Declaration of Paul Watson;
3. Unger Affirmation; and
4. Memorandum of Law in Support of Motion.

NYDOCS1/293223.1

November 6, 2007
Page 2

      We also enclose a copy of Judge Rakoff's Order dated November 5, 2007 pursuant to which your papers in opposition, if any, are to be filed with the Court and served upon the undersigned by November 30, 2007. Please note the Court has scheduled oral argument in this motion for December 19, 2007 at 2:00 pm in Courtroom 14B, 500 Pearl Street, New York, New York 10007, U.S.A.

                    Very truly yours,

                    FREEHILL HOGAN & MAHAR LLP

                    Michael E. Unger

MEU/mc

Enclosures

# FedEx International Air Waybill

Tracking number: 7016 9 / 0250 / 0029976612 7

**1 From** *Please print and press hard.*

- Date: 11/6/07
- Sender's Name: Michael Hayes
- Sender's FedEx Account Number: 1079-31208-0
- Phone: 212 425-1900
- Company: FREEHILL HOGAN & MAHAR
- Address: 80 PINE ST FL 24
- City: NEW YORK
- State: NY
- ZIP: 10005-1759

**2 To**

- Recipient's Name: (blank)
- Company: Rotomac Export Pvt LTD
- Address: 201 City Centre 63/2
- (Address 2): The Mall
- City: Kanpur
- Country: India
- ZIP: 208004

**3 Shipment Information**

- Total Packages: 1
- Commodity Description: Legal Documents

**4 Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Envelope

**6 Special Handling**

**7a Payment Bill transportation charges to:**
- [X] Sender

**7b Payment Bill duties and taxes to:**
- [X] Sender

**8 Your Internal Billing Reference**: 560-06/MEH

**9 Required Signature**

Sender's Signature: [signed]

FedEx Tracking Number: 8506 6087 1540

Form ID No. 0402

500

PART 156409•Rev. Date 10/03
©1994–2003 FedEx
PRINTED IN U.S.A.

GBF 11/04

RETAIN THIS COPY FOR YOUR RECORDS

**FedEx**

Español | Customer Support | FedEx Locations          Search [    ] Go

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

🖨 Printable Version  ❓ Quick Help

Select another track: 850660871540   Previous

| | | | |
|---|---|---|---|
| **Tracking number** | 850660871540 | **Reference** | 560-06/ME11 |
| **Signed for by** | .DOLLY | **Destination** | KANPUR IN |
| **Ship date** | Nov 6, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Nov 12, 2007 10:15 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.7 lbs. |

**Status**          Delivered

**Signature image available**          No

Wrong A
Reduce fi
FedEx A

Tracking
Shipmen
Go to shi

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 12, 2007 | 10:15 AM | Delivered | KANPUR IN | |
| Nov 10, 2007 | 5:35 PM | Delivery exception | AMRITSAR IN | Holiday - Business closed |
| | 5:35 PM | At local FedEx facility | AMRITSAR IN | |
| Nov 9, 2007 | 11:21 AM | In transit | NEW DELHI IN | |
| Nov 8, 2007 | 7:24 PM | Int'l shipment release | NEW DELHI IN | |
| | 6:17 PM | In transit | NEW DELHI IN | |
| | 5:38 PM | At dest sort facility | NEW DELHI IN | |
| | 5:38 PM | In transit | NEW DELHI IN | Package available for clearance |
| | 4:15 AM | In transit | PARIS FR | |
| | 2:10 AM | Departed FedEx location | PARIS FR | |
| Nov 7, 2007 | 10:39 PM | Departed FedEx location | PARIS FR | |
| | 8:02 PM | Arrived at FedEx location | PARIS FR | |
| | 4:44 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:12 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:19 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 6, 2007 | 8:33 PM | Left origin | NEW YORK, NY | |
| | 7:00 PM | Picked up | NEW YORK, NY | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]   [ << Track summary ]

*Subscribe to tracking updates (optional)*

Your Name: [         ]          Your E-mail Address: [         ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [         ] | English | ☐ | ☐ |
| [         ] | English | ☐ | ☐ |

| | English | | | |
|---|---|---|---|---|
| | English | | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

# FedEx International Air Waybill

/0190/0250/002997661274

**1 From** *Please print and press hard*

Date: 11/6/07
Sender's Name: Michael Unger Esq
Phone: 212 425-1900
Sender's FedEx Account Number: 1079-3188-0
Company: FREEHILL HOGAN & MAHAR
Address: 80 PINE ST FL 24
City: NEW YORK    State/Province: NY    ZIP/Postal Code: 10005-1759
Country: USA

**2 To**

Recipient's Name: 
Phone: 
Company: Frost International LTD
Address: 492 Kalpna Plaza
Address: 24/147-B Birhana Road
City: Kanpur    State/Province:     ZIP/Postal Code: 208001
Country: India

**3 Shipment Information**

Total Packages: 1
Total Weight: — lbs / — kg
Commodity Description: COMPLAINT ENGLISH
Harmonized Code: 
Country of Manufacture: 
Value for Customs: REQUIRED
Total Declared Value for Carriage: 
Total Value for Customs: 
Legal Documents

☐ For U.S. Export Only Check One
☐ No SED required
☐ SED attached

**4 Express Package Service**
☑ FedEx Int'l Priority
☐ FedEx Int'l First
☐ FedEx Int'l Economy

**5 Packaging**
☑ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

**6 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*
☑ Sender Acct No
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Cheque

**7b Payment** *Bill duties and taxes to:*
☐ Sender
☐ Recipient
☐ Third Party

**8 Your Internal Billing Reference**
560-OC-MSY

**9 Required Signature**
Sender's Signature: [signature]

FedEx Tracking Number: 8506 6087 1551

Form ID No. 0402

500    GBF 11/04

RETAIN THIS COPY FOR YOUR RECORDS

# FedEx

Español | Customer Support | FedEx Locations     Search     Go

Package/Envelope | Freight | Expedited | Office/Print Services

Ship ▶     Track ▶     Manage ▶     Business Solutions ▶

Track Shipments/FedEx Kinko's Orders     Printable Version  Quick Help
## Detailed Results

Select another track: 850660871551     Next

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 850660871551 | **Reference** | 560-06 / MSX | Wrong A |
| **Signed for by** | .JYOTI | **Destination** | KANPUR IN | Reduce f |
| **Ship date** | Nov 6, 2007 | **Delivered to** | Receptionist/Front Desk | FedEx A |
| **Delivery date** | Nov 12, 2007 11:00 AM | **Service type** | Priority Envelope | |
| | | **Weight** | 0.7 lbs. | Tracking Shipmen |
| | | | | Go to shi |

**Status** — Delivered

**Signature image available** — No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 12, 2007 | 11:00 AM | Delivered | KANPUR IN | |
| | 10:54 AM | On FedEx vehicle for delivery | KANPUR IN | |
| Nov 10, 2007 | 5:35 PM | Delivery exception | AMRITSAR IN | Holiday - Business closed |
| | 5:35 PM | At local FedEx facility | AMRITSAR IN | |
| Nov 9, 2007 | 11:21 AM | In transit | NEW DELHI IN | |
| Nov 8, 2007 | 7:24 PM | Int'l shipment release | NEW DELHI IN | |
| | 6:17 PM | In transit | NEW DELHI IN | |
| | 5:38 PM | At dest sort facility | NEW DELHI IN | |
| | 5:38 PM | In transit | NEW DELHI IN | Package available for clearance |
| | 4:15 AM | In transit | PARIS FR | |
| | 2:10 AM | Departed FedEx location | PARIS FR | |
| Nov 7, 2007 | 10:39 PM | Departed FedEx location | PARIS FR | |
| | 8:01 PM | Arrived at FedEx location | PARIS FR | |
| | 4:44 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:12 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:19 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 6, 2007 | 8:33 PM | Left origin | NEW YORK, NY | |
| | 7:00 PM | Picked up | NEW YORK, NY | |

Signature proof | E-mail results | Track more shipments/orders | << Track summary

*Subscribe to tracking updates (optional)*

Your Name: ☐     Your E-mail Address: ☐

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |

|  | English |  | ☐ | ☐ |
|---|---|---|---|---|
|  | English |  | ☐ | ☐ |
|  | English |  | ☐ | ☐ |

Select format: ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx