```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TITAN MARITIME LTD.,                :
                                    :
              Plaintiff,            :    06 Civ. 13505 (JSR)
                                    :
        -v-                         :         ORDER
                                    :
ROTOMAC EXPORT PVT. LTD. OF KANPUR, :
INDIA a/k/a ROTOMAC EXPORT PVT. LTD.:
and FROST INTERNATIONAL LTD.,       :
                                    :
              Defendants.           :
------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-07
```

JED S. RAKOFF, U.S.D.J.

By Order dated November 5, 2007 the Court set a briefing schedule for the motion of plaintiff Titan Maritime Ltd. to recognize and enforce a foreign arbitral award against defendant Rotomac Export Pvt. Ltd. of Kanpur, India ("Rotomac") pursuant to 9 U.S.C. § 201 and for attorney's fees and costs. The briefing schedule required Rotomac's answering papers to Titan Maritime's motion (which was duly served on November 6) to be served by November 30, 2007; but neither then nor thereafter did Rotomac file papers or otherwise respond. Accordingly, plaintiff's motion to recognize and enforce the foreign arbitral award is granted, as unopposed. Specifically, the arbitrator's award dated July 17, 2007 is hereby confirmed, and the Clerk of the Court is directed to enter judgment holding Rotomac liable to Titan Maritime (a) in the amount of $99,353.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from November 3, 2006 until paid; (b) in the amount of $4,144.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from July 17, 2007 until paid; (c) in the amount

of $3,108.23 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from December 27, 2006 until reimbursed; and (d) in the amount of $4,035.24 in attorney's fees and costs incurred in bringing the arbitral enforcement portion of this action. The Clerk of the Court is further directed to close document number 11 in the Court's docket. Finally, plaintiff is directed to notify the Court in writing, by no later than December 31, 2007, whether it intends to proceed with this action against the remaining defendant, Frost International Ltd.

    SO ORDERED.

                                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 18, 2007