USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TITAN MARITIME LTD.,

                    Plaintiff,

    -against-

ROTOMAC EXPORT PVT. LTD. OF KANPUR,
INDIA a/k/a ROTOMAC EXPORT PVT. LTD.
and FROST INTERNATIONAL LTD.,

                    Defendants.
------------------------------------------------------------X

06 CIVIL 13505(JSR)

**JUDGMENT**

#07,2409

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on December 18, 2007, having rendered its Order confirming the arbitrator's award dated July 17, 2007, and directing the Clerk of the Court to enter judgment holding Rotomac liable to Titan Maritime (a) in the amount of $99,353.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from November 3, 2006 until paid; (b) in the amount of $4,144.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from July 17, 2007 until paid; (c) in the amount of $3,108.23 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from December 27, 2006 until paid; and (d) in the amount of $4,035.24 in attorney's fees and costs incurred bringing the arbitral enforcement portion of this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 18, 2007, the arbitrator's award dated July 17, 2007 is confirmed, and judgment is entered holding Rotomac liable to Titan Maritime (a) in the amount of $99,353.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from November 3, 2006

until paid; (b) in the amount of $4,144.30 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from July 17, 2007 until paid; (c) in the amount of $3,108.23 plus interest at the rate of 7.75% per annum or pro rata compounded quarterly from December 27, 2006 until paid; and (d) in the amount of $4,035.24 in attorney's fees and costs incurred bringing the arbitral enforcement portion of this action.

**Dated:** New York, New York
December 19, 2007

**J. MICHAEL McMAHON**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**