UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TITAN MARITIME LTD.,

                Plaintiff,

-against-

ROTOMAC EXPORT PVT LTD. OF
KANPUR, INDIA a/k/a ROTOMAC EXPORT
PVT LTD. and FROST INTERNATIONAL
LTD.,

                Defendants.
-----------------------------------------------------------x

06 CIV. 13505(JSR)

**ORDER AND FOR RELEASE
OF FUNDS AND
<u>DISCONTINUANCE OF ACTION</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

      **WHEREAS**, pursuant to the Order dated December 18, 2007, this Court granted Plaintiff TITAN MARITIME's motion seeking to recognize and enforce a foreign arbitral award against Defendant ROTOMAC EXPORT PVT LTD.; and

      **WHEREAS**, the Clerk of the Court entered judgment number 07-2409 in response to said Order on December 19, 2007; and

      **WHEREAS**, the principal sums awarded under the Order and Judgment total $110,641.08; and

      **WHEREAS**, interest on Plaintiff's main damages in the sum of $99,353.30 calculated at the rate of 7.75% per annum or pro rata compounded quarterly from November 3, 2006 to date exceeds the sum of $9,000; and

      **WHEREAS**, the Court has been informed that pursuant to the Process of Maritime Attachment and Garnishment served upon garnishee Bank of India funds in the amount of $114,353.30 were restrained and have been held in a non-interest bearing account;

NYDOCS1/295885.1

**IT IS HEREBY ORDERED** that garnishee Bank of India transfer the sum of $114,353.30 to the attorney trust account of Freehill Hogan & Mahar, LLP pursuant to the wire instructions set forth below:

>   Citibank, N.A.
>   120 Broadway
>   New York, NY  10271
>   SWIFT CODE: CITIUS33
>   ABA no. 021 000 089
>   Account no.  37032209 - United States Dollars
>   Payee Name: Freehill, Hogan & Mahar

; and

**IT IS HEREBY FURTHER ORDERED** that this matter be discontinued as against all Defendants without prejudice and without costs subject to being reopened within thirty (30) days of the date of this Order should the funds not have been received by Plaintiff.

Dated: New York, New York
       December __26__, 2007

"SO ORDERED"

_____
Hon. Jed S. Rakoff, U.S.D.J.