560-06/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TITAN MARITIME LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TITAN MARITIME LTD.,                              06 CIV. 13505(JSR)

                Plaintiff,       **NOTICE OF VOLUNTARY**
                                 **DISMISSAL**
   -against-

ROTOMAC EXPORT PVT LTD. OF
KANPUR, INDIA a/k/a ROTOMAC EXPORT
PVT LTD. and FROST INTERNATIONAL
LTD.,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

     Defendant FROST INTERNATIONAL LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TITAN MARITIME LTD. provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
       December 20, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                TITAN MARITIME LTD.

          By: _____
                Michael E. Unger (MU0045)
                80 Pine Street
                New York, NY 10005
                (212) 425-1900

"SO ORDERED"
_____
Hon. Jed S. Rakoff, U.S.D.J.

NYDOCS1/295571.1    12-26-07